# EXHIBIT B

*Long*

**VIRGINIA:**

## IN THE CIRCUIT COURT FOR THE COUNTY OF MONTGOMERY

| | | |
|---|---|---|
| DR. MARK E. VAN DYKE | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CL20000973-00 |
| | ) | |
| WAKE FOREST UNIVERSITY | ) | |
| HEALTH SCIENCES, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER ALLOWING AMENDED COMPLAINT</u>

This matter is before the Court on request by Plaintiff, Dr. Mark E. Van Dyke, pursuant to Rule 1:8 of the Rules of the Virginia Supreme Court, for leave to file an Amended Complaint in this matter. As grounds therefor, Plaintiff shows that the original Complaint was filed on May 15, 2020, against several Defendants, including KeraNetics, LLC. Service on Defendants has not been requested or attempted. Since that filing, Plaintiff has discovered that KeraNetics, LLC was merged into another corporate entity and then renamed KeraNetics, Inc., which is the successor-in-interest entity to the previously named KeraNetics, LLC. By Plaintiff's proposed Amended Complaint, Plaintiff has named the current successor-in-interest legal entity, KeraNetics, Inc., in place of the previously named KeraNetics, LLC, as Defendant and has identified the new entity and its relation to its predecessor in both Paragraphs 3 and 75.

WHEREFORE, for good cause shown and finding no prejudice to any Party herein, it hereby is ORDERED that leave is given to Plaintiff to file his Amended Complaint as of this date, which filing shall relate back to the original filing.

SO ORDERED this **22** day of June, 2020.

_____
Circuit Court Judge

THE CREEKMORE
LAW FIRM PC

{00185367 1 }

We Ask for This:

DR. MARK E. VAN DYKE

By:    /s/ James R. Creekmore
James R. Creekmore (VSB No. 36246)
Attorney for Plaintiff
The Creekmore Law Firm PC
318 N. Main Street
Blacksburg VA 24060
(540) 443-9350 (voice and fax)
james@creekmorelaw.com

THE CREEKMORE
LAW FIRM PC

Case 1:21-cv-00627-CCE-JLW   Document 1-2   Filed 05/12/21   Page 3 of 3